```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LARRY POUNCY,
                          Plaintiff,

      -v-

ADVANCED FOCUS LLC, et al,.
                         Defendants.
-------------------------------------------------------------X

15 CIVIL 6260 (JMF)

## JUDGMENT

The parties having cross-moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Jesse M. Furman, United States District Judge, and the Court, on September 25, 2017, having rendered its Opinion and Order granting Defendants' motion for summary judgment in its entirety, and dismissing all of Pouncy's claims; and denying Pouncy's cross-motion for summary judgment. This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the Opinion and Order would not be taken in good faith, and denying in forma pauperis status to Pouncy. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2017, Defendants' motion for summary judgment is granted in its entirety, and all of Pouncy's claims are dismissed. It follows that Pouncy's cross-motion for summary judgment must be and is denied. This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the Opinion and Order would not be taken in good faith, and in forma pauperis status is thus denied to Pouncy; accordingly, the case is closed.

**Dated:** New York, New York
          September 26, 2017

                                                    **RUBY J. KRAJICK**
                                                    Clerk of Court
                       BY:
                                                    Deputy Clerk